AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY CATHERINE McKAY,**

       **Plaintiff,**

**v.**

**COMMISSIONER OF**          **JUDGMENT IN A CIVIL CASE**

**SOCIAL SECURITY**          **CASE NO. C2-11-328**
                                                     **JUDGE EDMUND A. SARGUS, JR.**
                                                     **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed August 30, 2012, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: August 30, 2012                                       JAMES BONINI, CLERK

                                                                       */S/ Andy F. Quisumbing*
                                                                       (By) Andy F. Quisumbing
                                                                       Courtroom Deputy Clerk