AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY CATHERINE McKAY,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **COMMISSIONER OF** | **CASE NO. C2-11-328** |
| **SOCIAL SECURITY** | **JUDGE EDMUND A. SARGUS, JR.** |
| | **MAGISTRATE JUDGE MARK R. ABEL** |
|     **Defendant.** | |

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed August 30, 2012, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: August 30, 2012                    JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk